# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FRENSLEY , JEFFERY S. | U. S. DISTRICT COURT, TENNESSEE | 08/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE - FULL TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U. S. COURTHOUSE
801 BROADWAY
NASHVILLE, TENNESSEE 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | ESTATE #1 (No Reportable Assets) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 08/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | LINDEN WALDORF SCHOOL ADMINISTRATOR |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TEMPLE UNIVERSITY | TUITION | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST BANK | A | Int./Div. | K | T | | | | | |
| 2. CRITERION CAPITAL ADVISORS | | | | | | | | | |
| 3. ANWPX AMER FDS NEW PERSPECT A | B | Dividend | | | Sold | 07/25/18 | J | B | |
| 4. AWSHX AMER FDS WASH MUTUAL A | B | Dividend | | | Sold | 07/25/18 | J | A | |
| 5. AMCFX AMCAP FUND INC. | B | Dividend | | | Sold | 7/25/18 | J | A | |
| 6. BISMX BRANDES INVT TR INTERNATIONAL | A | Dividend | | | Sold | 11/29/18 | J | A | |
| 7. SGOIX FIRST EAGLE FUNDS OVERSEAS | A | Dividend | K | T | | | | | |
| 8. ANWFX AMERICAN FUNDS NEW PERSPECTIVE | A | Dividend | K | T | | | | | |
| 9. NFFFX AMERICAN FUNDS NEW WORLD FUND | A | Dividend | K | T | | | | | |
| 10. WMFFX AMERICAN FUNDS WASHINGTON MUTUAL | B | Dividend | K | T | | | | | |
| 11. WEIMX TETON WESTWOOD EQUITY | A | Dividend | K | T | | | | | |
| 12. FDRXX Fidelity Gov. Reserves | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 13. PGWFX American Funds GLBL Growth PORT CL | B | Dividend | K | T | Buy | 07/25/18 | K | | |
| 14. Ishares TR EAFE SML Cap Equity I | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 15. ROTH IRA | | | | | | | | | |
| 16. VAFAX INV AMER FRANCH CL A | A | Dividend | J | T | | | | | |
| 17. UTMA | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RAYMOND JAMES BANK DEPOSIT PROGRAM | B | Interest | L | T | | | | | |
| 19. AMCFX AMCAP FUND CLASS F2 AMERICAN FUNDS N/L | C | Dividend | | | Redeemed | 03/12/18 | K | A | |
| 20. AQMNX AQR MAANGED FTURES STRATEGY FUND CLASS N N/L | A | Dividend | | | Redeemed | 03/12/18 | J | A | |
| 21. RRGAX DEUTSCHE GLOBAL REAL ESTATE SECURITIES FD CLASS A M/F | A | Dividend | | | Redeemed | 03/12/18 | J | A | |
| 22. HFOIX HENDERSON INTL OPPOTUNITIES FUND CLASS I N/L | C | Dividend | | | Redeemed | 03/12/18 | J | A | |
| 23. LAGVX LORD ABBETT INCOME CLASS FUND A M/F | A | Dividend | | | Redeemed | 03/12/18 | J | A | |
| 24. NBGNX NEUBERGER BERMAN GENESIS FUND INVESTORS CLASS N/L | B | Dividend | | | Redeemed | 03/12/18 | K | A | |
| 25. NFFFX NEW WORLD FUND CLASS F2- AMERICAN FUND N/L | B | Dividend | | | Redeemed | 03/12/18 | J | A | |
| 26. PRFDX T. ROWE PRICE EQUITY INCOME FUND N/L | C | Dividend | | | Redeemed | 03/12/18 | J | A | |
| 27. 529 | | | | | | | | | |
| 28. CFAAX AMERICAN VAN 529 BOND FUND OF AMERICA CLASS M/F | A | Dividend | | | Redeemed | 3/14/18 | J | A | |
| 29. CWIAX AMERICAN VA 529 CAPITAL WORLD GROWTH & INC FD CL A M/F | C | Dividend | | | Redeemed | 03/14/18 | K | A | |
| 30. CGFAX AMERICAN VA 529 GROWTH FUND OF AMERICA CLASS A M/F | C | Dividend | | | Redeemed | 03/14/18 | K | A | |
| 31. CBOAX AMERICAN VA 529 INTERMEDIATE BOND FUND OF AMERICAN CLS A M/F | A | Dividend | | | Redeemed | 03/14/18 | J | A | |
| 32. CICAX AMERICAN VA 529 INVESTMENT COMPANY OF AMERICA FD CL A M/F | B | Dividend | | | Redeemed | 03/14/18 | K | A | |
| 33. CMFAX AMERICAN VA 529 MORTGAGE FUND CLASS A M/F | A | Dividend | | | Redeemed | 03/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. CNPAX AMERICAN VA 529 NEW PERSPECTIVE FUND CLASS A M/F | C | Dividend | | | Redeemed | 03/14/18 | K | A | |
| 35. CWMAX AMERICAN VA 529 WASHINGTON MUTUAL INVESTORS FD C/ M/F | B | Dividend | | | Redeemed | 03/14/18 | J | A | |
| 36. AAFXX American VA 529 U.S. Governement Money Market | | | | | Buy | 03/14/18 | M | | |
| 37. AAFXX American VA 529 U.S. Governement Money Market | | | | | Sold | 08/14/18 | K | A | |
| 38. AAFXX American VA 529 U.S. Governement Money Market | | | | | Sold | 10/26/18 | K | A | |
| 39. IRA #1 | | | | | | | | | |
| 40. WELLS FARGO MONEY MARKET ACCOUNT | A | Interest | | | Redeemed | 06/12/18 | K | A | |
| 41. FDRXX Fidelity Gov. Reserves | A | Dividend | K | T | Buy | 06/12/18 | K | | |
| 42. ASPZX Alger Spectra CLZ | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 43. CMNIX Calamos Mkt Neutral Income | A | Dividend | K | T | Buy | 11/07/18 | K | | |
| 44. SGOIX First Eagle Overseas | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 45. WOBDX JP Morgan Core Bond | A | Dividend | K | T | Buy | 11/07/18 | K | | |
| 46. aTTRZX Templeton Global Total RTADV | A | Dividend | K | T | Buy | 11/07/18 | K | | |
| 47. ROTH IRA #2 | | | | | | | | | |
| 48. FFFEX FIDELITY INSH INVS TR FREEDOM 2030 FD | C | Dividend | | | Redeemed | 06/12/18 | K | A | |
| 49. 401 (K) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRENSLEY , JEFFERY S. | 08/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. BROWN CAPITAL SM COMPANY INC. | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 51. DFA INTERNATIONAL VALUE I | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 52. NVIT MONEY MARKET | A | Int./Div. | | | Sold | 01/18/18 | K | A | |
| 53. 3M COMMON STOCK | A | Dividend | | | Sold | 01/18/18 | J | A | |
| 54. IRA #2 | | | | | | | | | |
| 55. VMMXX Vanguard Prime Money Market Fund | A | Int./Div. | | | Redeemed | 06/12/18 | J | A | |
| 56. General Investment Account | | | | | | | | | |
| 57. FDRXX Fidelity Gov. Reserves | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 58. ASPZX Alger Spectra CLZ | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 59. AZMIX Allianzgi NFJ Emerg Mrkts | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 60. CMNIX Calamos Mkt Neutral Income | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 61. OAYIX Oakmark Intl Advisor Fund | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 62. BPAIX Boston partners ALL CAP | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 63. TTRZX Templeton Global Total RTADV | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 64. WOBDX JP Morgan Core Bond | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 65. SHY IShares Trust 1-3 yr Treasury Bond | A | Dividend | J | T | Buy | 12/26/18 | K | | |
| 66. FDZXX Fidelity MMKT | A | Interest | K | T | Buy | 11/14/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FRENSLEY , JEFFERY S.** | 08/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.   1. Estate #1 is the estate of a family member. There are no reportable assets in the estate.

VII. 2. Name change of the accout.

56. Added general investment accout.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JEFFERY S. FRENSLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544